**13 CV 8275**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
MICROSOFT CORPORATION, :
:
                Plaintiff, :    ___CV_____
:
       v. :
:
ACACIA RESEARCH CORPORATION, :
:
                Defendant. :
:
-----------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Microsoft Corporation certifies that it has no corporate parent and that no publicly held entity owns more than 10 percent of its shares.

Dated: November 20, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Steven M. Bierman
James D. Arden
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
sbierman@sidley.com
jarden@sidley.com
Attorneys for Plaintiff

Of Counsel:

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com

Ellen S. Robbins
erobbins@sidley.com
Nathaniel C. Love
nlove@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60302
Telephone (312) 853-7000
Facsimile (312) 853-7036