UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICROSOFT CORPORATION,

                Plaintiff,

      v.

ACACIA RESEARCH CORPORATION,

                Defendant.

-----------------------------------------------------------------X

**JUDGE CROTTY**

**13 CV 8275**

### ORDER GRANTING MOTION OF PLAINTIFF MICROSOFT CORPORATION TO FILE CERTAIN DOCUMENTS UNDER SEAL

This matter having come before the undersigned Judge on the motion of Plaintiff Microsoft Corporation ("Microsoft") to file certain documents under seal; and good cause having been shown; now therefore

      IT IS HEREBY ORDERED that Microsoft's motion is GRANTED; and

      IT IS HEREBY FURTHER ORDERED that the following documents shall be filed under seal until further order and accessible only by the Court and the parties: (i) Microsoft's Complaint; and (ii) Exhibit 1 to Microsoft's Complaint.

Dated: November __, 2013

                                          VICTOR MARRERO, U.S.D.J.

                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/13