

**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6422
SYCR.COM

NEWPORT BEACH
RENO
SAN DIEGO
SACRAMENTO
SAN FRANCISCO
SANTA BARBARA
SANTA MONICA

MARC J. SCHNEIDER
949.725.4137
MSCHNEIDER@SYCR.COM

January 31, 2014

**By ECF**

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    <u>*Microsoft Corp. v. Acacia Research Corporation*, 13-CV-8275</u>

Dear Judge Crotty:

      This firm is counsel to Defendant Acacia Research Corporation ("Acacia") in the above-referenced action. I write to advise the Court that Acacia has no objection to making certain pre-motion conference letters, previously submitted by the parties under seal, part of the public file in this action.

      On December 11, 2013, Acacia submitted a pre-motion conference letter to the Court in anticipation of moving to dismiss plaintiff Microsoft Corporation's ("Microsoft") Complaint. Microsoft responded in a December 16, 2013 letter to the court. Neither letter was filed via ECF because Acacia and Microsoft requested that their respective letters be filed under seal. The Court granted the parties' respective requests to file the letters under seal.

      At the pre-motion conference on January 6, 2013, the Court requested that the parties be judicious in their requests to file documents under seal, and specifically asked whether the pre-motion conference letters needed to remain under seal. I advised the Court that I would consult with my client regarding the letters. Having done so, I can now confirm that Acacia does not object to making the letters part of the public file in this action. Although the letters discuss a contract containing a confidentiality provision, the letters do not discuss in detail any particular term that is

Hon. Paul A. Crotty
January 31, 2014
Page Two


sensitive.  Acacia reserves its rights to request sealing of future filings, but of course will be mindful of the Court's request that the parties consider the convenience of the Court when requesting the sealing of documents.

        Respectfully submitted,


        s/Marc J. Schneider
        Litigation Shareholder
        STRADLING YOCCA CARLSON & RAUTH, P.C.

        Attorneys for Defendant
        Acacia Research Corporation

cc:  Counsel of Record (by ECF)