

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 0483 Fax

September 11, 2014

**BY ECF**

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York  10007

**Re: Microsoft Corp. v. Acacia Research Corp., 13 Civ. 8275 (PAC)**

Dear Judge Crotty:

We write on behalf of Plaintiff Microsoft Corporation ("Microsoft") and Defendant Acacia Research Corporation ("Acacia") to inform the Court that the parties have reached an agreement, subject to Court approval, to extend the deadline for completion of fact discovery to October 31, 2014, and to extend the expert discovery deadlines accordingly. A proposed amendment to the Civil Case Management Plan and Scheduling Order (Dkt. 41), including a small modification to the Amended Confidentiality Agreement and Order (Dkt. 53), is attached to this letter.

If the Court approves the parties' stipulation to extend the fact discovery deadline from September 17, 2014, to October 31, 2014, Microsoft would consent to Acacia's request to adjourn the September 16, 2014 case management conference.  The parties have conferred in accordance with Rule 1(E) of the Court's individual practices and propose that the next case management conference be scheduled on either October 14 or 15, or on the morning of October 16, 2014.

Respectfully submitted,

/s/ Andrew J. Levander

Attachment

cc:     All counsel of record (by ECF)