



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 0483  Fax

October 29, 2014

**BY ECF**

Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, New York 10007

10/31/2014

*This document and accompanying letter dated October 28, 2014 are being returned to the parties as unauthorized. The letters will not be considered by the Court.*

*So ordered*
*Paul Crotty*
*USDJ*

Re: Microsoft Corp. v. Acacia Research Corp., No. 13-cv-8275 (PAC)

Dear Judge Crotty:

Yesterday, Defendant Acacia Research Corporation ("ARC") filed a five-page letter responding to Plaintiff Microsoft Corporation's ("Microsoft") Supplemental Brief of October 21, 2014 (Dkt. No. 106). At the October 15, 2014 discovery conference, the Court requested that the parties each submit supplemental briefs on the common interest privilege issue no later than October 21, 2014. The Court did not authorize the parties to file responsive briefs. Nor did either party request such additional briefing. Nevertheless, because ARC has now filed a response to Microsoft's brief, which contains a number of misleading factual and legal assertions, Microsoft believes the Court will benefit if Microsoft responds. Microsoft therefore seeks the Court's permission to file a short responsive letter of no more than five pages by November 4, 2014.

Sincerely,

/s/ Andrew J. Levander

Andrew J. Levander

cc:   All Counsel of Record (by ECF)

SO ORDERED:

_____
HON. PAUL A. [CROTTY]
UNITED STATES DISTRICT JUDGE