UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MICROSOFT CORPORATION,                          :

        Plaintiff,                       :    13 Civ. 8275 (PAC)

    -against-                                 :

ACACIA RESEARCH CORPORATION,            :

        Defendant.

------------------------------------- X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, it is hereby stipulated between Plaintiff Microsoft Corporation and Defendant Acacia Research Corporation, through their respective counsel, that:

    1.    Plaintiff's Amended Complaint (Dkt. No. 123) is dismissed, with prejudice; and

    2.    Each party shall bear its own attorneys' fees and costs.

| *For Plaintiff Microsoft Corp.:* | *For Defendant Acacia Research Corp.:* |
|---|---|
| Andrew J. Levander<br>Matthew L. Mazur<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York  10036<br>Tel: (212) 698-3683<br>Fax: (212) 698-3599<br>andrew.levander@dechert.com<br>matthew.mazur@dechert.com<br><br>Frederick G. Herold<br>Dechert LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Tel: (650) 813-4800 | Marc J. Schneider<br>Stephen L. Ram<br>Douglas Q. Hahn<br>Stradling Yocca Carlson & Rauth, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, California  92660<br>Tel: (949) 725-4000<br>Fax: (949) 725-4100<br>mschneider@sycr.com<br><br>Scott E. Mollen<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, New York  10016<br>Tel: (212) 592-1420 |

| | |
|---|---|
| Fax: (650) 813-4848<br>frederick.herold@dechert.com<br><br>Richard A. Cederoth<br>Ellen S. Robbins<br>Nathaniel C. Love<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036<br>rcederoth@sidley.com<br>nlove@sidley.com | Fax: (212) 545-2311<br>smollen@herrick.com |

Dated: January 7, 2015